# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**In re:**

**MARIO MATUS**
**AKA MATUS MARIO EDUARDO**
**AKA MARIO E. MARTINEZ**
**AKA MARIO E. JR. MATUS**
**AKA MARIO E. MATUS**
**AKA MARIO E.J. MATUS**

**CHAPTER 13**

    **Debtor.**

**CASE NO. 09-16197-SSM**

**U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS,**

    **Plaintiff/Movant.**

**vs.**

**MARIO MATUS**
**THOMAS P. GORMAN, TRUSTEE,**

    **Defendants.**

## ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, U.S. Bank, N.A., its Successors and/or Assigns, to amend the automatic stay having been served on the Trustee and the Debtor, and the Court having granted the Motion in Open Court on March 17, 2010; it is;

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 2228 Castle Rock Square #22C, Reston, VA 20191, and described as follows:

> **Apartment Number 2228-22C, Type C-R, SHADOWOOD CONDOMINIUM, together with the undivided interest in the General Common Elements and all other rights and privileges which attached to said Apartment, as described in that certain Master Deed establishing a Horizontal Property Regime with attached plats designating the relative location and identification of each apartment recorded on April 5, 1974 in Deed Book 4012 at Page 38 and corrected by Deed of Correction to Master Deed recorded August 22, 1974 in**

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

**Deed Book 4091 at Page 365 among the Land records of Fairfax County, Virginia, and any amendments thereto hereafter recorded, as permitted by Paragraph F.9 of the said Master Deed.**

**Said apartment unit contains 982.2 square feet and a proportionate undivided interest in the General Elements of 0023085 of the total General Common Elements as defined in the aforesaid Master Deed.**

**Together with all the improvements now erected on the property, and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now attached to the property.**

Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

_____

I ask for this:
**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Counsel for U.S. Bank, N.A., its Successors and/or Assigns
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

CERTIFICATE

I certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Thomas P. Gorman
Chapter 13 Trustee

/99-004225-10

300 North Washington Street, Suite 400
Alexandria, VA 22314

Edward Gonzalez, Esquire
Counsel for Debtor
2405 Eye St. N.W., Suite 1A
Washington, DC 20037

Mario Matus
Debtor
2228 Castle Rock Square, Apt. #22C
Reston, VA 20191

99-004225-10/na